### HARTON v. JOHNSTON, ET AL.

(Decided April 23, 1915.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. ALFRED H. BENNERS.

S. C. M. AMASON, for appellant. FORNEY JOHNSTON, for appellees.

Per Curiam. Appeal dismissed for want of prosecution.

---

### JORDAN v. JORDAN.

(Decided June 1, 1915.)

APPEAL from Clay Chancery Court.

Heard before Hon. W. W. WHITESIDE.

No counsel marked for either party.

Per Curiam. Appeal dismissed for want of prosecution.

---

### LAUDERDALE v. SELMAN.

(Decided May 13, 1915.)

APPEAL from Coosa Chancery Court.

Heard before Hon. W. W. WHITESIDE.

J. W. STROTHER and J. A. DARDEN, for appellant. FELIX L. SMITH, for appellee.

ANDERSON, C. J.—Reversed, rendered and remanded on the authority of *Lauderdale v. McAllister, infra,* 68 South. 984.

MAYFIELD, SOMERVILLE, and THOMAS, JJ., concur.